**Case No. 24-1354**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

_____

SUSAN WHITAKER-PINE,

*Plaintiff-Appellee*,

v.

BOARD OF TRUSTEES OF THE FLAVIUS J. WITHAM MEMORIAL HOSPITAL,

*Defendant-Appellant*.

_____

On Appeal from the United States District Court
for the Southern District of Indiana, Indianapolis Division
Case No. 1:23-cv-01080-TWP-MJD, the Honorable Tayna Walton Pratt,
United States District Court Judge

## APPELLANT'S STATEMENT OF POSITION ON SUSPENDED BRIEFING

Pursuant to the Court's Order (Dkt. 3), Defendant-Appellant Board of Trustees of the Flavius J. Witham Memorial Hospital ("Witham"), by counsel, respectfully submits this statement explaining its position on whether briefing in this appeal should be suspending pending a decision in the consolidated appeal, captioned *Elkins et al. v. Southeastern Indiana Health Management, Inc. d/b/a Columbus Regional Health,*

Consolidated Case Nos. 23-3159, 23-3175, 23-3340, 23-3363, 23-3385 ("*Elkins*").

Witham respectfully submits that briefing should be suspended on this appeal to conserve the Court and parties' resources while the Court considers *Elkins*. The issues on appeal in *Elkins* are substantially the same as those presented here, principally, whether the district courts erred by failing to liberally construe the federal officer removal statute, 28 U.S.C. § 1442(a)(1), in favor of the federal forum, and whether the district courts erred in failing to find a sufficient relationship between the appellants and the federal government to remove pursuant to 28 U.S.C. § 1442(a)(1).

Date: March 20, 2024.                    Respectfully submitted,

*/s/ Paul G. Karlsgodt*
Paul G. Karlsgodt
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
303.861.0600
pkarlsgodt@bakerlaw.com

Philip R. Zimmerly (30217-06)
Tyler Moorhead (34705-73)
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (Fax)
PZimmerly@boselaw.com
TMoorhead@boselaw.com

*Attorneys for Defendant-Appellant Board of Flavius J. Witham Hospital*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Paul G. Karlsgodt*
Paul G. Karlsgodt
